# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>                 Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>                 Plaintiff,<br><br>vs.<br><br>LOLOI, INC.,<br><br>                 Defendant. | Adv. Proc. No. 22-50213 (CTG) |

### ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT

Upon consideration of the *Stipulation for Further Extension of Time for the Defendant to Answer the Complaint* (the "**Stipulation**") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 28th, 2022
Wilmington, Delaware

                                                                     **CRAIG T. GOLDBLATT**
                                                                     **UNITED STATES BANKRUPTCY JUDGE**